UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA,   : | |
| Plaintiff,   : | |
| :   | |
| v.   : | No. 17-cv-129 |
| :   | |
| ZAKHOUR A. HAZIM, a/k/a ZAKHOUR   : | |
| HAZIM,   : | |
| Defendant.   : | |

_____

## **O R D E R**

**AND NOW,** this 11th day of April, 2017, upon consideration of Plaintiff's Motion to Extend Time to Make Service (ECF No. 2), it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**. Plaintiff shall have until May 11, 2017 to make service upon the Defendant.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge